Tammy B. Webb (SBN 227593)
tbwebb@shb.com
Russell L. Taylor (SBN 345844)
rtaylor@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900 | Fax: 415.391.0281

Daniel E. Rohner (admitted *pro hac vice*)
drohner@shb.com
**SHOOK, HARDY & BACON L.L.P.**
1660 17th Street, Suite 450
Denver, CO 80202
Tel: 303.285.5300 | Fax: 303.285.5301

Attorneys for Defendant,
CARBON HEALTH TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIENNE ST. AUBIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CARBON HEALTH TECHNOLOGIES, INC.,

Defendant.

Case No. 4:24-cv-00667-JST

**CARBON HEALTH TECHNOLOGIES, INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

## ANSWER

Defendant Carbon Health Technologies, Inc. ("Carbon Health") submits this Answer and Affirmative Defenses to Plaintiff's First Amended Class Action Complaint. Carbon Health denies each and every allegation, claim, and cause of action unless specifically admitted herein. Carbon Health denies that the putative Classes meet the requirements of Federal Rule of Civil Procedure 23 or are otherwise suitable for class treatment under applicable law. Subject to these denials and the affirmative defenses set forth herein, Carbon Health responds to the individually-numbered allegations as follows:

In response to the first unnumbered paragraph, Carbon Health admits that Plaintiff brings this action on behalf of herself and purports to represent other putative class members. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

## NATURE OF ACTION

1. Carbon Health admits that it owns, operates, and controls https://carbonhealth.com. Carbon Heath admits that Plaintiff seeks to bring this lawsuit as a class action on behalf of herself and others. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

2. The allegations in Paragraph 2 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

## JURISDICTION AND VENUE

3. Carbon Health admits that this Court has subject matter jurisdiction over this matter pursuant to the Class Action Fairness Act. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

4. Paragraph 4 contains legal conclusions, to which no response is required. To the extent a response is required, Carbon Health denies any remaining allegations in this paragraph.

5. Paragraph 5 contains legal conclusions, to which no response is required. To the extent a response is required, Carbon Health denies any remaining allegations in this paragraph.

**THE PARTIES**

***"Plaintiff"***

6. Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 6, and therefore denies them.

7. Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 7, and therefore denies them. To the extent Paragraph 7 contains legal conclusions, Carbon Health denies those allegations.

8. Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 8, and therefore denies them.

9. The allegations in Paragraph 9 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

10. The allegations in Paragraph 10 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

***"Defendant"***

11. Carbon Health admits that it is incorporated in the State of Delaware with its principal place of business in Oakland, California. Carbon Health further admits that individuals can book appointments on certain pages of https://carbonhealth.com. Carbon Health denies any remaining allegations in this paragraph.

**FACTUAL ALLEGATIONS**

**"A. Background of the California Information Privacy Act"**

12. The allegations in Paragraph 12 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

13. The allegations in Paragraph 13 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

14. The allegations in Paragraph 14 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

15. The allegations in Paragraph 15 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

**"B. Background of the California Confidentiality of Medical Information Act"**

16. The allegations in Paragraph 16 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

17. The allegations in Paragraph 17 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

18. The allegations in Paragraph 18 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

**"C. Defendant's Website"**

19. To the extent the allegations in Paragraph 19 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 19 that mischaracterizes and/or misquotes such materials or takes them out of context. Carbon Health further admits that individuals can book appointments on certain pages of https://carbonhealth.com. Carbon Health denies any remaining allegations in this paragraph.

**"D. Facebook's Platform and its Business Tools"**

20. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 20 and therefore denies those allegations. To the extent the allegations in Paragraph 20 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 20 that mischaracterizes and/or misquotes such materials or takes them out of context.

21. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 21 and therefore denies those allegations. To the extent the allegations in Paragraph 21 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 21 that mischaracterizes and/or misquotes such materials or takes them out of context.

22. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 22 and therefore denies those allegations. To the extent the

allegations in Paragraph 22 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 22 that mischaracterizes and/or misquotes such materials or takes them out of context.

23. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies those allegations. To the extent the allegations in Paragraph 23 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 23 that mischaracterizes and/or misquotes such materials or takes them out of context.

24. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies those allegations. To the extent the allegations in Paragraph 24 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 24 that mischaracterizes and/or misquotes such materials or takes them out of context.

25. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 25 and therefore denies those allegations. To the extent the allegations in Paragraph 25 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 25 that mischaracterizes and/or misquotes such materials or takes them out of context.

26. To the extent the allegations in Paragraph 26 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 26 that mischaracterizes and/or misquotes such materials or takes them out of context. Carbon Health admits that certain Meta Platform, Inc. software was placed on certain pages of Carbon Health's public website at certain times. Carbon Health denies it disclosed sensitive health information. Because the remaining allegations require expert analysis or information in the possession of third parties, Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

/ /

/ /

27. Carbon Health admits that certain Meta Platform, Inc. software was placed on certain pages of Carbon Health's public website at certain times. Carbon Health denies it disclosed sensitive health information.

28. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 28 and therefore denies those allegations. To the extent the allegations in Paragraph 28 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 28 that mischaracterizes and/or misquotes such materials or takes them out of context.

29. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 29 and therefore denies those allegations. To the extent the allegations in Paragraph 29 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 29 that mischaracterizes and/or misquotes such materials or takes them out of context.

30. The allegations in Paragraph 30 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

31. Carbon Health admits that certain Meta Platform, Inc. software was placed on certain pages of Carbon Health's public website at certain times. Carbon Health denies it disclosed sensitive health information. Because the remaining allegations require expert analysis or information in the possession of third parties, Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

32. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 32 and therefore denies those allegations. To the extent the allegations in Paragraph 32 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 32 that mischaracterizes and/or misquotes such materials or takes them out of context.

33. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 33 and therefore denies those allegations. To the extent the allegations in Paragraph 33 characterize the cited materials, such documents speak for themselves in

the appropriate context. Carbon Health denies any statement or allegation in Paragraph 33 that mischaracterizes and/or misquotes such materials or takes them out of context.

34. Carbon Health admits that certain Meta Platform, Inc. software was placed on certain pages of Carbon Health's public website at certain times. Carbon Health denies it disclosed sensitive health information. Because the remaining allegations require expert analysis or information in the possession of third parties, Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

35. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies those allegations.

**"E. Google's Platform and its Business Tools"**

36. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 36 and therefore denies those allegations.

37. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 37 and therefore denies those allegations. To the extent the allegations in Paragraph 37 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 37 that mischaracterizes and/or misquotes such materials or takes them out of context.

38. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 38 and therefore denies those allegations. To the extent the allegations in Paragraph 38 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 38 that mischaracterizes and/or misquotes such materials or takes them out of context.

39. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 39 and therefore denies those allegations. To the extent the allegations in Paragraph 39 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 39 that mischaracterizes and/or misquotes such materials or takes them out of context.

40. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 40 and therefore denies those allegations.

41. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 41 and therefore denies those allegations.

42. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 42 and therefore denies those allegations. To the extent the allegations in Paragraph 42 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 42 that mischaracterizes and/or misquotes such materials or takes them out of context.

43. Carbon Health admits that certain Google, Inc. software was placed on certain pages of Carbon Health's public website at certain times. Carbon Health denies it disclosed sensitive health information. Because the remaining allegations require expert analysis or information in the possession of third parties, Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

44. Carbon Health admits that certain Google, Inc. software was placed on certain pages of Carbon Health's public website at certain times. Carbon Health denies it disclosed sensitive health information. Because the remaining allegations require expert analysis or information in the possession of third parties, Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

45. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 45 and therefore denies those allegations. To the extent the allegations in Paragraph 45 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 45 that mischaracterizes and/or misquotes such materials or takes them out of context.

46. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 46 and therefore denies those allegations.

47. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 47 and therefore denies those allegations.

48. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 48 and therefore denies those allegations.

49. The allegations in Paragraph 49 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

50. The allegations in Paragraph 50 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

51. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 51 and therefore denies those allegations. To the extent the allegations in Paragraph 51 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 51 that mischaracterizes and/or misquotes such materials or takes them out of context.

52. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 52 and therefore denies those allegations. To the extent the allegations in Paragraph 52 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 52 that mischaracterizes and/or misquotes such materials or takes them out of context.

53. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 53 and therefore denies those allegations.

54. The allegations in Paragraph 54 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

**"F. How Defendant Disclosed Plaintiff's and Class Members' Protected Health Information and Assisted With Intercepting Communications"**

55. The allegations in Paragraph 55 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

56. Carbon Health admits that Figure 1 appears to be a screenshot of Carbon Health's website. Carbon Health denies it disclosed sensitive health information.

57. Carbon Health admits that Figure 2 appears to be a screenshot of Carbon Health's website. Carbon Health denies it disclosed sensitive health information.

58. Carbon Health admits that Figure 3 and Figure 4 appear to be screenshots of Carbon Health's website. The remaining allegations in Paragraph 58 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

59. Carbon Health admits that Figure 5 and Figure 6 appear to be screenshots of Carbon Health's website. The remaining allegations in Paragraph 59 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

60. The allegations in Paragraph 60 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

61. Because the allegations in Paragraph 61 require expert analysis or information in the possession of third parties, Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

62. Because the allegations in Paragraph 62 require expert analysis or information in the possession of third parties, Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

63. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 63 and therefore denies those allegations. To the extent the allegations in Paragraph 63 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 63 that mischaracterizes and/or misquotes such materials or takes them out of context.

64. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 64 and therefore denies those allegations.

65. Because the allegations in Paragraph 65 require expert analysis or information in the possession of third parties, Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

66. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 66 and therefore denies those allegations. To the extent the allegations in Paragraph 66 characterize the cited materials, such documents speak for themselves in

the appropriate context. Carbon Health denies any statement or allegation in Paragraph 66 that mischaracterizes and/or misquotes such materials or takes them out of context.

67. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 67 and therefore denies those allegations. To the extent the allegations in Paragraph 67 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 67 that mischaracterizes and/or misquotes such materials or takes them out of context.

68. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 68 and therefore denies those allegations. To the extent the allegations in Paragraph 68 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 68 that mischaracterizes and/or misquotes such materials or takes them out of context.

69. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 69 and therefore denies those allegations. To the extent the allegations in Paragraph 69 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 69 that mischaracterizes and/or misquotes such materials or takes them out of context.

70. Because the allegations in Paragraph 70 require expert analysis or information in the possession of third parties, Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

71. The allegations in Paragraph 71 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

72. Carbon Health admits that Figure 7 appears to be a screenshot of Carbon Health's website. Carbon Health denies it disclosed sensitive health information.

73. Carbon Health admits that Figure 8 and Figure 9 appear to be screenshots of Carbon Health's website. Carbon Health denies it disclosed sensitive health information. Because the reaming allegations in Paragraph 73 require expert analysis or information in the possession of third

parties, Carbon Health lacks sufficient knowledge or information to form a belief as to the truth of the allegations, and therefore denies them.

74. Carbon Health admits that Figure 11 and Figure 12 appear to be screenshots of Carbon Health's website. The remaining allegations in Paragraph 74 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

75. The allegations in Paragraph 75 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

76. The allegations in Paragraph 76 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

77. Carbon Health admits that its Privacy Policy contains the language quoted in Paragraph 77. The Privacy Policy is a written document that speaks for itself in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 77 that mischaracterizes and/or misquotes such material or takes it out of context. The remaining allegations in Paragraph 77 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

78. The allegations in Paragraph 78 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

**"G. Federal Warning on Tracking Codes on Healthcare Websites"**

79. Carbon Health admits that the Office for Civil Rights issued the Bulletin referenced in Paragraph 79. The Bulletin is a written document that speaks for itself in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 79 that mischaracterizes and/or misquotes such material or takes it out of context. The remaining allegations in Paragraph 79 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

80. Carbon Health admits that the Bulletin referenced in Paragraph 80 contains the language quoted in Paragraph 80. The Bulletin is a written document that speaks for itself in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 80 that

mischaracterizes and/or misquotes such material or takes it out of context. The remaining allegations in Paragraph 80 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

81. Carbon Health admits that the Bulletin referenced in Paragraph 81 contains the language quoted in Paragraph 81. The Bulletin is a written document that speaks for itself in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 81 that mischaracterizes and/or misquotes such material or takes it out of context. The remaining allegations in Paragraph 81 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

82. The allegations in Paragraph 82 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

83. Carbon Health admits that the Bulletin referenced in Paragraph 83 contains the language quoted in Paragraph 83. The Bulletin is a written document that speaks for itself in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 83 that mischaracterizes and/or misquotes such material or takes it out of context. The remaining allegations in Paragraph 83 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

84. Carbon Health admits that the Bulletin referenced in Paragraph 84 contains the language quoted in Paragraph 84. The Bulletin is a written document that speaks for itself in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 84 that mischaracterizes and/or misquotes such material or takes it out of context.

85. Carbon Health admits that the Federal Trade Commission and the Department of Health and Human Services issued the joint press release referenced in Paragraph 85, and that it contains the language quoted in Paragraph 85. The joint press release is a written document that speaks for itself in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 85 that mischaracterizes and/or misquotes such material or takes it out of context. The remaining allegations in Paragraph 85 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

86. Carbon Health lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 86 and therefore denies those allegations. To the extent the allegations in Paragraph 86 characterize the cited materials, such documents speak for themselves in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 86 that mischaracterizes and/or misquotes such materials or takes them out of context. The remaining allegations in Paragraph 86 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

87. The allegations in Paragraph 87 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

**CLASS ACTION ALLEGATIONS**

88. Carbon Heath admits that Plaintiff seeks to bring this lawsuit as a class action on behalf of herself and others. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

89. Carbon Heath admits that Plaintiff seeks to bring this lawsuit as a class action on behalf of herself and others. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

90. The allegations in Paragraph 90 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

91. The allegations in Paragraph 91 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

92. The allegations in Paragraph 92 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

93. The allegations in Paragraph 93 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

94. The allegations in Paragraph 94 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

95. The allegations in Paragraph 95 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

96. The allegations in Paragraph 96, including Subparagraphs (a)-(h), contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

97. The allegations in Paragraph 97 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations. Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that

Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

**CLAIMS FOR RELIEF**

**COUNT I**

**"Violation Of The California Invasion Of Privacy Act,**

**Cal. Penal Code § 631**

**(On Behalf Of The Class)"**

98. Paragraph 98 does not state any allegations that require a response. Carbon Health incorporates by reference all preceding paragraphs of this Answer as if fully set forth herein.

99. The allegations in Paragraph 99 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

100. The allegations in Paragraph 100 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

101. The allegations in Paragraph 101 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

102. The allegations in Paragraph 102 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

103. The allegations in Paragraph 103 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

104. The allegations in Paragraph 104 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

105. The allegations in Paragraph 105, including Subparagraphs (a)-(g), contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

106. The allegations in Paragraph 106 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

107. The allegations in Paragraph 107 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

108. The allegations in Paragraph 108 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

109. The allegations in Paragraph 109 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations

**COUNT II**

**"Violation of the California Confidentiality of Medical Information Act**

**Cal. Civ. Code § 56.10**

**(On Behalf Of The California Subclass)"**

110. Paragraph 110 does not state any allegations that require a response. Carbon Health incorporates by reference all preceding paragraphs of this Answer as if fully set forth herein.

111. The allegations in Paragraph 111 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

112. The allegations in Paragraph 112 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

113. The allegations in Paragraph 113 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

114. The allegations in Paragraph 114 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

115. The allegations in Paragraph 115 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

116. The allegations in Paragraph 116 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

117. The allegations in Paragraph 117 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

118. Carbon Health admits that its Privacy Policy contains the language quoted in Paragraph 118. The Privacy Policy is a written document that speaks for itself in the appropriate context. Carbon Health denies any statement or allegation in Paragraph 118 that mischaracterizes and/or misquotes such material or takes it out of context. The remaining allegations in Paragraph 118

contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

119. The allegations in Paragraph 119 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

120. The allegations in Paragraph 120 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

121. The allegations in Paragraph 121 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

**COUNT III**

**"Invasion [Of] Privacy Under California's Constitution**

**(On Behalf Of The Class and California Subclass)"**

122. Paragraph 122 does not state any allegations that require a response. Carbon Health incorporates by reference all preceding paragraphs of this Answer as if fully set forth herein.

123. The allegations in Paragraph 123 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

124. The allegations in Paragraph 124 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

125. The allegations in Paragraph 125 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

126. The allegations in Paragraph 126 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

127. The allegations in Paragraph 127 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

128. The allegations in Paragraph 128 contain legal conclusions to which no response is required. To the extent a response is required, Carbon Health denies those allegations.

/ /

/ /

/ /

**PRAYER FOR RELIEF**

The allegations in the section beginning on Page 38 with the statement "WHEREFORE" are not allegations requiring a response. Insofar as any portion of Plaintiff's prayer is construed to require a response, Carbon Health denies that this action can be maintained individually or on behalf of any Class, denies that Plaintiff or the proposed Classes are entitled to any relief, and denies any remaining allegations in this paragraph.

**DEMAND FOR JURY TRIAL**

The allegations in the section titled "JURY TRIAL DEMANDED" contain legal conclusions to which no response is required.

**AFFIRMATIVE DEFENSES**

Carbon Health reserves the right to add additional affirmative defenses that may be identified through further discovery.

**FIRST DEFENSE**

The First Amended Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Plaintiff and putative class members lack standing to sue, including under Article III of the United States Constitution.

**THIRD DEFENSE**

Plaintiff and putative class members' claims are barred, in whole or in part, because they were not damaged by any act or omission of Carbon Health. Further, any damages sought by Plaintiff and putative class members are speculative, uncertain, remote, and/or incapable of calculation.

**FOURTH DEFENSE**

If Plaintiff and putative class members have been damaged, which Carbon Health denies, any recoveries by Plaintiff and putative class members are barred to the extent they failed to mitigate their alleged damages.

/ /

/ /

**FIFTH DEFENSE**

If Plaintiff and putative class members have been damaged, which Carbon Health denies, such damages were caused by their own actions or the actions of a third party.

**SIXTH DEFENSE**

Plaintiff and putative class members' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, unclean hands, and laches.

**SEVENTH DEFENSE**

Plaintiff and putative class members have not alleged sufficient facts to support an award of punitive damages. Any award of punitive damages would, if granted, violate Carbon Health's rights under the United States Constitution and California law.

**EIGHTH DEFENSE**

Plaintiff and putative class members' claims are time-barred by the applicable statutes of limitations.

**NINTH DEFENSE**

Plaintiff and putative class members' claims for equitable relief are barred because they have alleged an adequate remedy at law.

**TENTH DEFENSE**

Plaintiff and putative class members' claims are barred because they gave consent.

**ELEVENTH DEFENSE**

Plaintiff and putative class members' claims are barred, in whole or in part, because they have failed to join necessary and indispensable parties to this action.

**TWELFTH DEFENSE**

Plaintiff and putative class members' claims are barred, in whole or in part, because Carbon Health acted in good faith and in compliance with any applicable statutes or laws at all times.

**THIRTEENTH DEFENSE**

Plaintiff and putative class members' claims are preempted, in whole or in part, by Federal law, including but not limited to HIPAA.

/ /

**FOURTEENTH DEFENSE**

If Plaintiff or putative class members have been damaged, which Carbon Health denies, the negligence or fault of Plaintiff, putative class members, or persons and/or entities for whose conduct Carbon Health is not legally responsible for constitutes the sole, intervening, and superseding cause of Plaintiff's and putative class members' alleged damages.

**FIFTEENTH DEFENSE**

If Plaintiff or putative class members have been damaged, which Carbon Health denies, such damages were caused by unforeseeable, independent, intervening, and/or superseding events for which Carbon Health is not legally responsible.

**SIXTEENTH DEFENSE**

If Plaintiff or putative class members recover from Carbon Health, it is entitled to contribution, set-off, and/or indemnification, either in whole or in part, from all persons or entities whose negligence or fault proximately caused or contributed to Plaintiffs and putative class members' alleged damages.

**SEVENTEENTH DEFENSE**

Carbon Health asserts any defenses, claims, credits, offsets, or remedies under California law and reserves the right to amend its Answer to file such further pleadings as are necessary to preserve and assert such defenses, claims, credits, offsets, or remedies.

**EIGHTEENTH DEFENSE**

Plaintiff and putative class members' claims are barred, in whole or in part, by agreements that they entered into with third parties and/or by their prior disclosure of information to third parties.

**NINETEENTH DEFENSE**

Plaintiff and putative class members' claims are barred, in whole or in part, to the extent that any alleged injury was voluntarily incurred for the purpose of manufacturing a legal claim.

**TWENTIETH DEFENSE**

Plaintiff and putative class members' claims are barred, in whole or in part, to the extent Plaintiff or putative class members have released, settled with, entered into an accord and

satisfaction, or otherwise compromised their claims. Carbon Health is entitled to a set-off for the entire amount of proceeds Plaintiff or putative class members have or may recover from all other sources.

**TWENTY-FIRST DEFENSE**

Plaintiff and putative class members' claims are barred, in whole or in part, because Plaintiff's First Amended Complaint is not appropriately brought as a class action lawsuit.

Dated: November 19, 2024

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By: *_/s/ Tammy B. Webb_*
Tammy B. Webb
Daniel E. Rohner
Russell L. Taylor

Attorneys for Defendant,
**CARBON HEALTH TECHNOLOGIES, INC.**