**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7408
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

*Attorneys for Plaintiff*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE ST. AUBIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARBON HEALTH TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:24-cv-00667-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES** |

Plaintiff Adrienne St. Aubin ("Plaintiff") and Defendant Carbon Health Technologies, Inc. ("Defendant"), the parties to the above-titled action (collectively, the "Parties"), hereby agree and stipulate, through counsel, subject to Court approval, as follows:

WHEREAS, the Court set the case schedule in its November 20, 2024 Order (ECF No. 46);

WHERAS, the Parties have diligently engaged in discovery for approximately one year;

WHEREAS, the Parties participated in a day-long mediation on June 16, 2025 with Bruce A. Friedman, Esq. of JAMS;

WHEREAS, the Parties have continued to make progress through further negotiations with Mr. Friedman and therefore believe a 90 day extension would be appropriate to preserve the status quo and allow the Parties to focus attention on resolution.

**THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

The Parties respectfully request that the Court continue the remaining case deadlines as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Class certification motion and Plaintiffs' class certification expert disclosures due | September 3, 2025 | December 2, 2025 |
| Deadline to complete discovery of Plaintiffs' class certification experts | October 3, 2025 | January 8, 2026 |
| Class certification opposition and Defendant's class certification expert disclosures due | October 31, 2025 | January 29, 2026 |
| Deadline to complete discovery of Defendant's class certification experts | December 5, 2025 | March 5, 2026 |
| Class certification reply due | January 9, 2026 | April 9, 2026 |

Dated: August 21, 2025                **BURSOR & FISHER, P.A**.

By: ___*/s/ Philip L. Fraietta*___

Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor

New York, NY 10019
Telephone: (646) 837-7408
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            idiaz@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

*Attorneys for Plaintiff*

Dated: August 21, 2025          **SHOOK, HARDY & BACON L.L.P.**

By:    */s/ Daniel E. Rohner*
            Daniel E. Rohner

Daniel E. Rohner (admitted *pro hac vice*)
1660 17th Street, Suite 450
Denver, CO 80202
Telephone: (303) 285-5300
Facsimile: (303) 285-5301

**SHOOK, HARDY & BACON L.L.P.**
Tammy B. Webb (State Bar No. 227593)
Russell L. Taylor (State Bar No. 345844)
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900 |
Facsimile: (415) 391-0281

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By:      /s/   *Philip L. Fraietta*
Philip L. Fraietta

**[PROPOSED] ORDER**

This Court, having considered the Parties' Stipulation, requesting that the Court continue case deadlines, and for good cause appearing, orders as follows:

The case deadlines are continued by 90 days. The new deadlines are as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Class certification motion and Plaintiffs' class certification expert disclosures due | September 3, 2025 | December 2, 2025 |
| Deadline to complete discovery of Plaintiffs' class certification experts | October 3, 2025 | January 8, 2026 |
| Class certification opposition and Defendant's class certification expert disclosures due | October 31, 2025 | January 29, 2026 |
| Deadline to complete discovery of Defendant's class certification experts | December 5, 2025 | March 5, 2026 |
| Class certification reply due | January 9, 2026 | April 9, 2026 |

Dated: _____

_____
JON S. TIGAR
United States District Judge